Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X   21 MC 100 (AKH)

VINCENT VIRBUKAS,                                         Index No.: 07-CV-5159

                Plaintiff(s),                **NOTICE OF ADOPTION OF ANSWER**
                                                          **TO MASTER COMPLAINT**
  -against-
                                                          **ELECTRONICALLY FILED**
A RUSSO WRECKING, *et al.*,

                Defendant(s).
------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated November 5, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 100 (AKH).

    WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       November 8, 2007

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    PHILLIPS & JORDAN, INC.

                                    By: _____
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:  WORBY GRONER & NAPOLI BERN, LLP
     Plaintiffs Liaison
     In Re Lower Manhattan Disaster Site
     Litigation
     115 Broadway, 12th Floor
     New York, New York 10006
     (212) 267-3700

     All Defense Counsel

2